# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5265** | **September Term, 2022** |
| | **1:21-cv-02192-DLF** |
| | **Filed On: June 30, 2023** [2005851] |

West Flagler Associates, Ltd., a Florida Limited Partnership, doing business as Magic City Casino and Bonita-Fort Myers Corporation, a Florida Corporation, doing business as Bonita Springs Poker Room,

    Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior and United States Department of the Interior,

    Appellees

Seminole Tribe of Florida,

    Appellant

------------------------------

Consolidated with 22-5022

# O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Daniel J. Reidy
           Deputy Clerk