# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5265**　　　　　　　　　　　　September Term, 2022

1:21-cv-02192-DLF

**Filed On:** August 16, 2023

West Flagler Associates, Ltd., a Florida Limited Partnership, doing business as Magic City Casino and Bonita-Fort Myers Corporation, a Florida Corporation, doing business as Bonita Springs Poker Room,

　　　　Appellees

　　v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior and United States Department of the Interior,

　　　　Appellees

Seminole Tribe of Florida,

　　　　Appellant

------------------------------

Consolidated with 22-5022

**O R D E R**

Upon consideration of appellees' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellant file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　Deputy Clerk