# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5265**   September Term, 2023

1:21-cv-02192-DLF

**Filed On:** September 11, 2023

West Flagler Associates, Ltd., a Florida Limited Partnership, doing business as Magic City Casino and Bonita-Fort Myers Corporation, a Florida Corporation, doing business as Bonita Springs Poker Room,

    Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior and United States Department of the Interior,

    Appellees

Seminole Tribe of Florida,

    Appellant

------------------------------

Consolidated with 22-5022

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of appellees' petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**Per Curiam**

| | |
|---|---|
| **No. 21-5265** | **September Term, 2023** |

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

          BY:    /s/
                       Daniel J. Reidy
                       Deputy Clerk