# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5265**                        **September Term, 2023**

**1:21-cv-02192-DLF**

**Filed On: October 6, 2023** [2020842]

West Flagler Associates, Ltd., a Florida Limited Partnership, doing business as Magic City Casino and Bonita-Fort Myers Corporation, a Florida Corporation, doing business as Bonita Springs Poker Room,

    Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior and United States Department of the Interior,

    Appellees

Seminole Tribe of Florida,

    Appellant

------------------------------

Consolidated with 22-5022

## M A N D A T E

    In accordance with the judgment of June 30, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                     BY:      /s/
                             Daniel J. Reidy
                             Deputy Clerk

Link to the judgment filed June 30, 2023