# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC - 6 2023

RECEIVED

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 1, 2023

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  West Flagler Associates, Ltd., a Florida Limited Partnership, dba
           Magic City Casino, et al.
           v. Debra A. Haaland, Secretary of the Interior, et al.
           Application No. 23A494
           (Your No. 21-5265)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on December 1, 2023, extended the time to and including February 8, 2024.

    This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by *[signature]*

Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Hamish Hume
Boies Schiller Flexner LLP
1401 New York Avenue, NW
Washington, DC  20001


Mrs. Elizabeth B. Prelogar
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL

12/01/2023
US POSTAGE $000.63
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601