# United States Court of Appeals
#### For The District of Columbia Circuit

---

**No. 21-5265**　　　　　　　　　　　　　　　　　September Term, 2022

1:21-cv-02192-DLF

Filed On: December 14, 2022 [1977596]

West Flagler Associates, Ltd., a Florida Limited Partnership, doing business as Magic City Casino and Bonita-Fort Myers Corporation, a Florida Corporation, doing business as Bonita Springs Poker Room,

　　　　Appellees

　　v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior and United States Department of the Interior,

　　　　Appellees

Seminole Tribe of Florida,

　　　　Appellant

------------------------------

Consolidated with 22-5022

　　**BEFORE:**　　Circuit Judges Henderson, Wilkins, and Childs

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, December 14, 2022 at 9:32 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

　　Rachel Heron (DOJ), counsel for Debra A. Haaland, et al.

　　Barry Richard, counsel for Seminole Tribe of Florida.

　　Henry C. Whitaker, counsel for Amicus Curiae State of Florida.

　　Hamish P. M. Hume, counsel for West Flagler Associates, Ltd, et al.

　　Jenea M. Reed, counsel for Amici Curiae Monterra MF, LLC, et al.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　Anne A. Rothenberger
　　　　　　　　　　　　　　　　　　　Deputy Clerk